IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STACY LEAH SIMONSON,
    Plaintiff

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,
    Defendant

Action No. 3:16-CV-0631

(Judge Nealon)

(Magistrate Judge Arbuckle)

## ORDER

**AND NOW, THIS 21ST DAY OF NOVEMBER, 2017**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation, (Doc. 14), is **NOT ADOPTED**;

2. Defendant's objections, (Doc. 15), are **SUSTAINED**;

3. Plaintiff's appeal of the decision of the Commissioner of the Social Security Administration, (Doc. 1), is **DENIED**;

4. The Commissioner's decision denying Plaintiff, Stacy Leah Simonson, disability insurance benefits is **AFFIRMED**;

5. Judgment is **ENTERED** in favor of Defendant and against Plaintiff; and

6. The Clerk of Court is directed to **CLOSE** this case.

FILED
SCRANTON

NOV 2 2 2017

PER _____
    **DEPUTY CLERK**

/s/ William J. Nealon
**United States District Judge**